### SYLVESTER v. STATE.

(Court of Criminal Appeals of Texas. May 21, 1913.)

CRIMINAL LAW (§ 1087*)—NOTICE OF APPEAL—RECORD.

    Where no notice of appeal is shown in any way by the record, the court has no jurisdiction, and the appeal will be dismissed.

    [Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2770–2781, 2794; Dec. Dig. § 1087.*]

Appeal from Criminal District Court, Dallas County; Robt. B. Seay, Judge.

Paul Sylvester was convicted of burglary, and he appeals. Appeal dismissed.

C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, J. The record before us shows a proper indictment, verdict, judgment, and sentence of the appellant for bur-

glary. There is no notice of appeal in any way shown by this record.

This court has no jurisdiction, and the appeal will be dismissed.

---

### SYLVESTER v. STATE.

(Court of Criminal Appeals of Texas. May 21, 1913.)

CRIMINAL LAW (§ 1097*)—APPEAL—STATEMENT OF FACTS.

    The grounds of the motion for a new trial cannot be considered, in the absence of the statement of facts.

    [Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2862, 2864, 2926, 2934, 2938, 2939, 2941, 2942, 2947; Dec. Dig. § 1097.*]

Appeal from Criminal District Court, Dallas County; Robt. B. Seay, Judge. ·

Paul Sylvester was convicted of theft, and he appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of theft; his punishment being assessed at four years' confinement in the penitentiary.

The transcript of the record is before us without a statement of facts or bills of exception. The grounds of the motion for new trial cannot be considered, in the absence of the statement of facts.

There being no reversible error apparent in the record, the judgment is ordered to be affirmed.